Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT
## for the
### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 AUG -2 AM 9:31

OFFICE OF THE CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| **Name of Offender:** | Adrio Robinson    **Docket Number:**    8:01CR52 |
| **Sentencing Judge:** | The Honorable Lyle E. Strom<br>U.S. District Court Judge |
| **Date of Original Sentence:** | July 18, 2001 |
| **Original Offense:** | Conspiracy to Distribute Methamphetamine<br>21 U.S.C. 841(a)(1) and 846 |
| **Original Sentence:** | 120 months custody, 5 years supervised release |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commences:** | In custody |

## PETITIONING THE COURT

___  To extend the term of supervision for _____, for a total term of _____.

_X_  To modify the conditions of supervision as follows:

**You shall participate in and successfully complete a substance abuse treatment program, which will include drug/alcohol testing, outpatient counseling, or residential placement, as approved and directed by the probation officer. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation officer based upon your ability to pay.**

**You shall participate in and successfully complete a mental health treatment program, which may include testing, evaluation, medication management, outpatient counseling or residential placement, as approved and directed by the probation officer. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation officer based upon your ability to pay.**

**ROBINSON, Adrio**
**8:01CR52**
**Modification of Conditions of Supervision**

You shall submit to the search of your person, property, or automobile under your control by the Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant to ensure compliance with all conditions of release.

### CAUSE

Mr. Robinson is requesting relocation to the District of Nevada to serve his term of supervised release. The District of Nevada has indicated that they will accept Mr. Robinson's supervision only if the above noted modifications are made.

Respectfully submitted,

*Yador J. Harrell* by JAH
Yador J. Harrell, Deputy Chief
U.S. Probation Officer

Reviewed by,

*John A. Hill*
John A. Hill, Supervising
U.S. Probation Officer

Date: July 28, 2006

THE COURT ORDERS
_____

____ No Action

____ The Extension of Supervision as noted above

✓ The Modification of Conditions as noted above

____ Other

*Lyle E. Strom*
The Honorable Lyle E. Strom
U.S. District Judge

Aug. 1st, 2006
Date

PROB 49
(3/89)

UNITED STATES DISTRICT COURT

### District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Substance Abuse Treatment** - You shall participate in and successfully complete a substance abuse treatment program, which will include drug/alcohol testing, outpatient counseling, or residential placement, as approved and directed by the probation officer. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation officer based upon your ability to pay.

2. **Mental Health Treatment** - You shall participate in and successfully complete a mental health treatment program, which may include testing, evaluation, medication management, outpatient counseling or residential placement, as approved and directed by the probation officer. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation officer based upon your ability to pay.

3. **Warrantless Search** - You shall submit to the search of your person, property, or automobile under your control by the Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant to ensure compliance with all conditions of release.

Witness _____   Signed _____
U.S. Probation Officer                           Probationer or Supervised Releasee

7-11-06
Date